Randolph S. Hicks, Esq. - SBN 83627
Sarvenaz J. Fahimi, Esq - SBN 226148
**CODDINGTON, HICKS & DANFORTH**
**A Professional Corporation, Lawyers**
555 Twin Dolphin Drive, Suite 300
Redwood City, California 94065-2133
Tel. (650) 592-5400
Fax.(650) 592-5027

**ATTORNEYS FOR** Defendants
Progressive West Insurance Company
and United Financial Casualty Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANJEET SINGH,<br><br>       Plaintiff,<br><br>vs.<br><br>PROGRESSIVE WEST INSURANCE COMPANY, UNITED FINANCIAL CASUALTY COMPANY, VFS US LLC, and DOES 1 to 100, inclusive,<br><br>       Defendants. | No.  CV 08-5100 MHP<br><br>STIPULATION AND ORDER REGARDING DISMISSAL OF ACTION |

IT IS HEREBY STIPULATED between the parties hereto, by and through their respective counsel, that the court may dismiss with prejudice the complaint of plaintiff Manjeet Singh against defendants Progressive West Insurance Company, United Financial Casualty Company and VFS US LLC, and that the court may dismiss with prejudice the cross-complaint of Volvo Financial Services a division of VFS US LLC, a Delaware Limited Liability Company against cross-defendant Manjeet Singh.

////

////

Stipulation and Order Regarding Dismissal of Action
Case No. CV 08-5100 MHP

The parties have executed a full and final settlement agreement and mutual release and the settlement has been finalized.

DATED: 10-1-09

LAW OFFICES OF GOFORTH & LUCAS

By _____
Christopher R. Lucas, Esq.
Attorney for Plaintiff and Cross-defendant
Manjeet Singh

DATED: 10/9/09

GORDON & REES, LLP

By _____
Benjamin T. Morton, Esq.
Attorney for Defendant and Cross-complainant
Volvo Financial Services a division of VFS US LLC, a Delaware Limited Liability Company

DATED: 10-2-09

CODDINGTON, HICKS & DANFORTH

By _____
Randolph S. Hicks, Esq.
Attorney for Defendants Progressive West Insurance Company and United Financial Casualty Company

## ORDER

The court concurs with the foregoing stipulation and it is hereby ordered that the complaint of plaintiff against defendants be dismissed with prejudice and that the cross-complaint be dismissed with prejudice as well.

DATED: 10/14/2009

By _____
Marilyn Hall Patel
United States District Court Judge

IT IS SO ORDERED
Judge Marilyn H. Patel

Stipulation and Order Regarding Dismissal of Action
Case No. CV 08-5100 MHP